# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JO ANN CURRIE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MITSUBISHI CHEMICAL HOLDING AMERICA NY NY,<br><br>　　　　Defendant. | Case No. C17-1253-RAJ<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

Plaintiff, proceeding *pro se*, has filed an amended application to proceed *in forma pauperis* ("IFP") in the above-entitled action. Dkt. 8. After careful consideration of the application, the governing law and the balance of the record, the Court ORDERS as follows:

(1) Plaintiff's amended application to proceed IFP (Dkt. 8) is GRANTED. Plaintiff does not appear to have funds available to afford the $400.00 filing fee.

(2) The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the Honorable Richard A. Jones.

DATED this 11th day of October, 2017.

*[signature: James P. Donohue]*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1